# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-262 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| ABDEL-ILAH ELMARDOUDI, | |
| Defendant. | |

William H. Koch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Douglas B. Altman, **ALTMAN & IZEK**, 901 North Third Street, Suite 140, Minneapolis, MN 55401, for defendant.

In an Order dated August 2, 2006, this Court granted defendant Abel-Ilah Elmardoudi's Motion to Dismiss on Speedy Trial Act and United States Constitutional Violations, and dismissed without prejudice the superseding indictment against defendant. *United States v. Elmardoudi*, Criminal No. 01-52, 2006 U.S. Dist. LEXIS 53887 (D. Minn. Aug. 2, 2006). The prosecution has since filed a new indictment. Currently before the Court is defendant's motion to dismiss indictment for violation of Speedy Trial Act and United States Constitution. The Court construes this as a motion to dismiss the indictment with prejudice, and denies the motion for the reasons set forth in the Order dated August 2, 2006, which is attached hereto as Exhibit A.

- 2 -

Based on the foregoing and all of the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion to dismiss the indictment with prejudice [Docket No. 13] is **DENIED**.

DATED:   August 28, 2006            s/ John R. Tunheim            _
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                       United States District Judge